# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| LEQUIS VASQUEZ FIGUEROA,<br><br>          Plaintiff,<br><br>  vs.<br><br>JAWC, LLC; WILLIAMS HOMES, INC., a California Corporation for Profit; and DOES 1-10,<br><br>          Defendants.<br><br>JAWC, LLC,<br><br>          Third-Party Plaintiff,<br><br>  vs.<br><br>MEYNDERS CUSTOM HOME BUILDER, LLC,<br><br>          Third-Party Defendant. | **CV-23-83-BU-BMM**<br><br>**ORDER** |

      Third-Party Defendants Meynders Custom Home Builders, LLC., based on an agreement with Plaintiff, moved to remand this matter to the Montana state district court. (Doc. 7.) Defendant Williams Homes, Inc., does not oppose the motion to remand. (Id.) JAWC, LLC., also does not oppose remanding the matter. (Doc. 8.) Finally, in a separate motion, Plaintiff moved to remand this matter.

1

(Doc. 9.) In short, the named parties all move to, or do not object to, remanding the matter. Accordingly, and for good cause showing,

## ORDER

**IT IS HEREBY ORDERED** that

1. Meynders Custom Home Builders, LLC., Motion to Remand (Doc. 7) is **GRANTED**.

2. The above-captioned matter is **REMANDED** Montana Eighteenth Judicial District Court in and for the County of Gallatin.

3. Plaintiff's Motion to Remand (Doc. 9) is **DENIED as moot**.

**DATED** this 1st day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court